222

166 A.3d 232

MELISSA LYNCH, PLAINTIFF–RESPONDENT, v. GREGORY LYNCH, DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002999–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

166 A.3d 232

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARK T. DEBIASSE, DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002781–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.